# Order

**Supreme Court**
**Lansing, Michigan**

September 29, 2005

129487

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE KY'ARIS DESINEE WHEAT and
KYLEN WHEAT, Minors.

_____

FAMILY INDEPENDENCE AGENCY,
       Petitioner-Appellee,

v

                                              SC: 129487
COA: 260200
Oakland CC
Family Division: 03-683881-NA

ALISHA NICHOLE AMERSON,
       Respondent-Appellant,

and

KILEY DEKENJI WHEAT,
       Respondent.

_____/

     On order of the Court, the application for leave to appeal the August 23, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2005                     _____

s0926                                        Clerk